The Honorable Barbara Jacobs Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: Phenylpropanolamine (PPA) Products Liability Litigation<br><br>This document relates to:<br><br>MICHAEL SKUROW and VIRGINIA EMILY SKUROW,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>PROCTER AND GAMBLE PHARMACEUTICALS, INC., A SUBSIDIARY OF THE PROCTER AND GAMBLE COMPANY, INC.; THE PROCTER AND GAMBLE COMPANY, INC.; AMERISOURCE BERGAN, F/K/A AMERISOURCE HEALTH SERVICES, D/B/A AMERICAN HEALTH PACKAGING AH; WELPHARM, INC.; ELAN PHARMACEUTICALS, INC.; DURA PHARMACEUTICALS, INC.<br><br>　　　　　Defendants. | MDL 1407<br><br>Case No. 2:05-cv-00379-BJR<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL DEFENDANTS |

STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL
DEFENDANTS - 1
(05-CV-00379-BJR)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1885524.1

## I. STIPULATION

COME NOW plaintiffs Michael Skurow and Virginia Emily Skurow and defendants Procter and Gamble Pharmaceuticals, Inc., The Procter and Gamble Company, Amerisource Bergan, f/k/a Amerisource Health Services, d/b/a American Health Packaging AH, Welpharm, Inc., Elan Pharmaceuticals, Inc., and Dura Pharmaceuticals, Inc. (collectively "defendants"), by and through their undersigned counsel of record, and stipulate that plaintiffs' claims against defendants shall be dismissed with prejudice and without costs. The parties further stipulate that the subjoined Order is approved as to form, Notice of Presentation is waived, and the Order may be entered without further notice.

DATED this 1st day of December, 2006.

| | |
|---|---|
| WILLIAMS, KASTNER & GIBBS PLLC | LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECSHER & PROCTOR, P.A. |
| s/ P. Arley Harrel, WSBA #05170<br>P. Arley Harrel<br>Megan L. Pedersen<br>Williams, Kastner & Gibbs PLLC<br>Two Union Square<br>601 Union Street, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>(206) 628-6600<br>(206) 628-6611 (fax)<br>aharrel@wkg.com<br>mpedersen@wkg.com<br>MDL Counsel for Defendants Procter and Gamble Pharmaceuticals, Inc. and The Procter and Gamble Company | s/ Timothy M. O'Brien<br>Timothy M. O'Brien<br>Levin, Papantonio, Thomas, Mitchell, Ecsher & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>(850) 435-7083<br>(850) 436-6083 (fax)<br>tobrien@levinlaw.com<br>Attorneys for Plaintiffs |

STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL
DEFENDANTS - 2
(05-CV-00379-BJR)

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1885524.1

HARRIS BEACH, LLP

/s Alan M. Winchester
Alan Winchester
Harris Beach, LLP
805 Third Avenue, 20th Floor
New York, NY 10022
(212) 687-0100
awinchester@harrisbeach.com
Attorneys for Defendant Elan
Pharmaceuticals, Inc. and Defendant Dura
Pharmaceuticals, Inc.

STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL
DEFENDANTS - 4
(05-CV-00379-BJR)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1885524.1

```
 1   K.C. Green
     M. Gabrielle Hills
 2   Dinsmore & Shohl LLP
     1900 Chemed Center
 3   255 East Fifth Street
     Cincinnati, Ohio 45202
 4   Telephone: (513) 977-8200
     Facsimile: (513) 977-8141
 5   National Coordinating Counsel for Defendants
     Procter and Gamble Pharmaceuticals, Inc. and
 6   The Procter and Gamble Company

 7
     William M. Corley
 8   Edward L. Birk
     Marks Gray, P.A.
 9   P.O. Box 447
     Jacksonville, Florida 32201
10   Telephone: (904) 398-0900
     Facsimile: (904) 399-8440
11   Florida Counsel for Defendants Procter and
     Gamble Pharmaceuticals, Inc. and The Procter
12   and Gamble Company
13
     DALAN & KATZ                            PAJARES & SCHEXNAYDRE
14
     s/ Jeffrey M. Katz                      s/ Elizabeth Ashley Carter
15   Jeffrey M. Katz                         Elizabeth Ashley Carter
     Dalan & Katz                            Raymond J. Pajares
16   2633 McCormick Drive, Suite 101         Paige R. Rosato
     Clearwater, FL 33759                    Pajares & Schexnaydre
17   (727) 796-1000                          103 Northpark Boulevard, Suite 110
     jkatz@dalan-katz.com                    Covington, LA 70433
18   Attorneys for Defendant Amerisource Bergan  (985) 292-2000
                                             acarter@pslawfirm.com
19                                           rpajares@pslawfirm.com
                                             prosato@pslawfirm.com
20                                           Attorneys for Defendant Welpharm, Inc.
21
22
23
24
25
     STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL      Williams, Kastner & Gibbs PLLC
     DEFENDANTS - 3                                         Two Union Square, Suite 4100 (98101-2380)
     (05-CV-00379-BJR)                                      Mail Address: P.O. Box 21926
                                                            Seattle, Washington 98111-3926
                                                            (206) 628-6600

     1885524.1
```

## II. ORDER

THIS MATTER having come before the court on the foregoing stipulation of plaintiffs Michael Skurow and Virginia Emily Skurow and defendants Procter and Gamble Pharmaceuticals, Inc., The Procter and Gamble Company, Amerisource Bergan, f/k/a Amerisource Health Services, d/b/a American Health Packaging AH, Welpharm, Inc., Elan Pharmaceuticals, Inc., and Dura Pharmaceuticals, Inc., and the Court finding good cause, now, therefore, it is hereby

ORDERED that all claims in the above-captioned matter against all defendants are dismissed with prejudice and without costs to any party.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE
BARBARA JACOBS ROTHSTEIN

PRESENTED BY:

| WILLIAMS, KASTNER & GIBBS PLLC | LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECSHER & PROCTOR, P.A. |
|---|---|
| s/ P. Arley Harrel, WSBA #05170<br>P. Arley Harrel<br>Megan L. Pedersen<br>Williams, Kastner & Gibbs PLLC<br>Two Union Square<br>601 Union Street, Suite 4100<br>P.O. Box 21926<br>Seattle, WA 98111-3926<br>(206) 628-6600<br>(206) 628-6611 (fax)<br>aharrel@wkg.com<br>mpedersen@wkg.com<br>MDL Counsel for Defendants Procter and Gamble Pharmaceuticals, Inc. and The Procter and Gamble Company | s/ Timothy M. O'Brien<br>Timothy M. O'Brien<br>Levin, Papantonio, Thomas, Mitchell, Ecsher & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>(850) 435-7083<br>(850) 436-6083 (fax)<br>tobrien@levinlaw.com<br>Attorneys for Plaintiffs |

STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL DEFENDANTS - 5
(05-CV-00379-BJR)

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1885524.1

K.C. Green
M. Gabrielle Hills
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
National Coordinating Counsel for Defendants
Procter and Gamble Pharmaceuticals, Inc.
and The Procter and Gamble Company

William M. Corley
Edward L. Birk
Marks Gray, P.A.
P.O. Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440

Florida Counsel for Defendants Procter and
Gamble Pharmaceuticals, Inc. and The Procter
and Gamble Company

| DALAN & KATZ | PAJARES & SCHEXNAYDRE |
|---|---|
| s/ Jeffrey M. Katz | s/ Elizabeth Ashley Carter |
| Jeffrey M. Katz | Elizabeth Ashley Carter |
| Dalan & Katz | Raymond J. Pajares |
| 2633 McCormick Drive, Suite 101 | Paige R. Rosato |
| Clearwater, FL 33759 | Pajares & Schexnaydre |
| (727) 796-1000 | 103 Northpark Boulevard, Suite 110 |
| jkatz@dalan-katz.com | Covington, LA 70433 |
| Attorneys for Defendant Amerisource Bergan | (985) 292-2000 |
| | acarter@pslawfirm.com |
| | rpajares@pslawfirm.com |
| | Attorneys for Defendant Welpharm, Inc. |

STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL
DEFENDANTS - 6
(05-CV-00379-BJR)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1885524.1

1  HARRIS BEACH, LLP

2  /s Alan M. Winchester
   Alan Winchester
3  Harris Beach, LLP
   805 Third Avenue, 20th Floor
4  New York, NY 10022
   (212) 687-0100
5  awinchester@harrisbeach.com
   Attorneys for Defendant Elan
6  Pharmaceuticals, Inc. and Defendant Dura
   Pharmaceuticals, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
   STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL         **Williams, Kastner & Gibbs PLLC**
   DEFENDANTS - 7                                           Two Union Square, Suite 4100 (98101-2380)
   (05-CV-00379-BJR)                                        Mail Address: P.O. Box 21926
                                                            Seattle, Washington 98111-3926
                                                            (206) 628-6600

   1885524.1